UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND COOK,<br><br>Defendant. | CASE NO. 1:22-cr-00003<br><br>JUDGE COLE<br><br>INFORMATION<br><br>18 U. S. C. § 2<br>18 U. S. C. § 1014 |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1
### (False Statement on a Loan and Credit Application)

On or about June 1, 2020, in the Southern District of Ohio and elsewhere, the defendant, **RAYMOND COOK**, knowingly made and caused to be made, a false statement or report to the Small Business Administration for the purpose of influencing the action of the Small Business Administration in connection with a loan program administered pursuant to a provision of the Small Business Act, that is, the defendant submitted an application for a loan under the Payment Protection Program that contained false information, in that the defendant claimed that his business had a monthly payroll of $8,334, when in truth and in fact, as the defendant well knew, his business did not generate the monthly payroll amount claimed.

In violation of 18 U.S.C. §§ 1014, 2.

KENNETH L. PARKER
UNITED STATES ATTORNEY

*/s/ E Taiwo*

EBUNOLUWA A. TAIWO
Assistant United States Attorney